# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 12, 2015

## NO. 03-12-00415-CV

**Bryan Berger and Lori Berger, Appellants**

**v.**

**Tony Flores, Jr., Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
## AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the interlocutory summary judgment order made final by the severance order signed by the trial court on October 7, 2010 and the judgment awarding sanctions signed by the trial court on May 16, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments. Therefore, the Court affirms the trial court's judgments. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.